## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TAMIKA BADILLO, et al.,**

    **Plaintiffs,**

v.                                                                        Case No.  8:04-cv-591-T-30TBM

**PLAYBOY ENTERTAINMENT GROUP, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Reconsideration (Dkt. #323) and Defendants response thereto (Dkt. #330).  After consideration, this Court finds that Plaintiffs' Motion should be GRANTED.  This finding, however, does not permit Plaintiffs' experts from testifying at trial on any matters outside of the expert reports produced to Defendants by Plaintiffs' expert disclosure deadline of April 1, 2005.  The scope of Plaintiff's expert testimony will be determined at the pre-trial conference.

It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion for Reconsideration (Dkt. #323) is **GRANTED** as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on August 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-591 Motn Reconsideration Expert Disclosures.wpd