# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TAMIKA BADILLO, et al.,**

    **Plaintiffs,**

**v.**                                                                  **Case No. 8:04-cv-591-T-30TBM**

**PLAYBOY ENTERTAINMENT GROUP, INC., et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike the Declarations of (I) Anthony Calkins, (II) Teri Thomas, and (III) Mark Greenspahn (Dkt. 348) and Defendant Anheuser-Busch, Inc.'s opposition to the same (Dkt. 355-1). Upon review and consideration of the same, this Court finds that said Motion should be **DENIED**. Should Plaintiffs desire to take the deposition of these declarants, they are instructed to file the appropriate discovery motion(s).

It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion to Strike the Declarations of (I) Anthony Calkins, (II) Teri Thomas, and (III) Mark Greenspahn (Dkt. 348) is **DENIED.**

DONE and ORDERED in Tampa, Florida on March 6, 2006.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record