**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TAMIKA BADILLO, et al.,**

    **Plaintiffs,**

v.                                               Case No.  8:04-cv-591-T-30TBM

**PLAYBOY ENTERTAINMENT GROUP,
INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Desert Inn's Motion to Re-open [sic] Discovery and for Leave to Refile its Motion for Summary Judgment (Dkt. 406) and Plaintiffs' Memorandum of Law in Opposition to the same (Dkt. 407).

In Defendant's Motion, it seeks to reopen discovery for "the limited purpose of requesting copies of settlement agreements between [P]laintiffs . . . and other defendants in this proceeding and to allow [Defendant] to serve requests for production and requests for admission on plaintiffs based upon the deposition testimony of GOLDRUSH DISC JOCKEYS, INC. ("GOLDRUSH") and David Barton (Barton)."  (Dkt. 406 at 2). Additionally, Defendant seeks leave to renew and amend its Motion for Summary Judgment. In response to the Motion, Plaintiffs object to the discovery of the settlement agreements based not on confidentiality of the same, but on Defendant's prior knowledge of the

agreements' existence (Dkt. 407 at 9-10). As there is no issue of confidentiality regarding discovery of the settlement agreements, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant Desert Inn's Motion to Re-open [sic] Discovery and for Leave to Refile its Motion for Summary Judgment (Dkt. 406) is **GRANTED**.

2. Discovery is reopened for **forty-five (45) days** from the date of this Order for the limited purpose of (1) permitting Defendant to serve discovery requests to Plaintiffs regarding the settlement agreements between Plaintiffs and those Defendants with whom a settlement agreement was entered; and (2) permitting Defendant to serve that discovery regarding the Goldrush video footage referenced in Defendant's Motion.

3. Defendant is also granted leave to renew and amend its Motion for Summary Judgment. Defendant is ordered to serve and file its renewed Motion for Summary judgment within **60 (sixty) days** from the date of this Order.

4. Trial of this cause is rescheduled on the Court's JANUARY 2007 trial docket.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-591 -Motion to Reopen Discovery.frm