**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TAMIKA BADILLO, et al.,**

    **Plaintiffs,**

**v.**                                                                                          **Case No.  8:04-cv-591-T-30TBM**

**PLAYBOY ENTERTAINMENT GROUP,**
**INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs Tamiko Badillo and Paulina Campos' Motion for Reconsideration or, Alternatively, Clarification of the Court's Order Granting Defendant, Deslin Hotel, Inc's Motion to Reopen Discovery and For Leave to File a Renewed Motion for Summary Judgment and Memorandum of Law (Dkt. 411) and Defendant Deslin Hotel's Memorandum in Opposition to the same (Dkt. 412).  Upon review and consideration of the Motion and response in opposition, it is hereby ORDERED AND ADJUDGED that Plaintiffs Tamiko Badillo and Paulina Campos' Motion for Reconsideration or, Alternatively, Clarification of the Court's Order Granting Defendant, Deslin Hotel, Inc's Motion to Reopen Discovery and For Leave to File a Renewed Motion for Summary Judgment and Memorandum of Law (Dkt. 411) is **DENIED**.  This Court's Order reopening discovery remains in effect.  Additionally, the terms of the settlement agreement between Plaintiffs and various Defendants remains in effect and is not jeopardized

by this Court's Order. As stated in the agreement, information regarding the terms of the settlement cannot be disclosed except in certain situations. One of those situations detailed in the agreement in which information regarding the terms of the settlement agreement can be disclosed is when such disclosure is necessary to comply with compulsory process of any court of competent jurisdiction. Per this Court's Order reopening discovery, Plaintiffs are now compelled to produce those documents requested, which meet the requirements of F.R.C.P 26(b)(1).

**DONE** and **ORDERED** in Tampa, Florida on September 8, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-591 - Motion for Reconsideration.frm