# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TAMIKA BADILLO, et al.,**

    **Plaintiffs,**

v.                                                                    Case No.  8:04-cv-591-T-30TBM

**PLAYBOY ENTERTAINMENT GROUP, INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Mediator and Magistrate Judge Mary S. Scriven that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within seventy-five (75) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 75-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2006.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-591.dismissal.wpd